No. 83–1200. NATIONAL ASSOCIATION OF RECYCLING INDUSTRIES, INC., ET AL. v. AMERICAN MAIL LINE, LTD., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1230. CAPITOL HILL DODGE, INC., ET AL. v. CHRYSLER CREDIT CORP. C. A. D. C. Cir. Motion of respondent for damages denied. Certiorari denied.

No. 83–5965. EVANS v. TEXAS. Ct. Crim. App. Tex.;
No. 83–6097. COLEMAN v. VIRGINIA. Sup. Ct. Va.; and
No. 83–6136. DILLON v. INDIANA. Sup. Ct. Ind. Certiorari denied. Reported below: No. 83–5965, 656 S. W. 2d 65; No. 83–6097, 226 Va. 31, 307 S. E. 2d 864; No. 83–6136, 454 N. E. 2d 845.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.